ROSINA CONSTANTINO, as Administratrix, etc., Respondent, v. WATSON CONTRACTING COMPANY, Appellant, Impleaded with Another.

Appeal from a judgment of the Supreme Court, entered in the New York county clerk's office on the 13th day of May, 1913, upon a verdict, and also from an order entered on the 6th day of June, 1913, denying a motion for a new trial.

PER CURIAM: There was no evidence to justify the jury in finding that the defendant was guilty of negligence. The judgment and order appealed from are, therefore, reversed, with costs, and the complaint dismissed. Present — Ingraham, P. J., McLaughlin, Laughlin, Clarke and Scott, JJ. Judgment and order reversed, with costs, and complaint dismissed. Order to be settled on notice.

PAUL DAHLMAN, Respondent, v. GLOBE STORAGE AND CARPET CLEANING COMPANY, Appellant.

Appeal from a judgment of the Supreme Court, entered in the New York county clerk's office on the 10th day of September, 1913, upon a verdict, and also from an order entered on the 9th day of October, 1913, denying a motion for a new trial.

PER CURIAM: We think there is no evidence to justify a finding that the defendant was negligent or that the plaintiff was free from contributory negligence. The judgment and order appealed from are, therefore, reversed, with costs, and the complaint dismissed. Present — Ingraham, P. J., McLaughlin, Laughlin, Clarke and Scott, JJ. Judgment and order reversed, with costs, and complaint dismissed. Order to be settled on notice.

FRANK HEIFERMAN, Respondent, v. GREENHUT CLOAK COMPANY, Appellant.

Appeal from an order of the Appellate Term, entered in the New York county clerk's office on the 30th day of December, 1913, reversing an order of the City Court setting aside a verdict and granting a new trial, and from an order of the City Court entered upon such determination.

PER CURIAM: We think the order of the trial judge setting aside the verdict and granting a new trial was under the circumstances proper and that such order should not have been reversed. The determination of the Appellate Term and the order of the City Court thereupon entered are, therefore, reversed, with costs in this court and in the Appellate Term, and the original order of the City Court affirmed. Present — Ingraham, P. J., McLaughlin, Laughlin, Clarke and Scott, JJ. Determination and order entered thereon reversed, with costs in this court and the Appellate Term, and original order of the City Court affirmed Order to be settled on notice.